Submitted on record and briefs October 29, reversed and remanded for reconsideration November 27, 1991

In the Matter of the Compensation of
Sheryl Day, Claimant.

Sheryl DAY,
*Petitioner,*

*v.*

DESCHUTES COUNTY
COMMUNICATION AGENCY
and SAIF Corporation,
*Respondents.*

(90-04891; CA A69729)

820 P2d 464

Philip H. Garrow, Bend, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas E. Ewing, Assistant Attorney General, Salem, filed the brief for respondents.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

**PER CURIAM**

Respondents concede that the Workers' Compensation Board erred in denying claimant a reasonable attorney fee. We accept the concession. ORS 656.386(1); *Jones v. OSCI*, 108 Or App 230, 814 P2d 558 (1991).

Reversed and remanded for reconsideration.